FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEANNE DIAZ, individually,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RED ROBIN INTERNATIONAL, INC., d/b/a RED ROBIN GOURMET BURGERS AND BREWS, a foreign profit corporation doing business in the State of Washington,<br>　　　　　　Defendant. | No. 2:24-CV-00394-RLP<br><br>ORDER DENYING STIPULATED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

Before the Court is the parties' Stipulated Motion for Entry of Stipulated Protective Order, ECF No. 15. The parties seek a protective order to expedite and facilitate the production of confidential, proprietary, or private information.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's preference to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials. The parties are free to contract between themselves regarding disclosure

ORDER DENYING STIPULATED MOTION FOR ENTRY OF STIPULATED
PROTECTIVE ORDER * 1

of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain a motion to seal or an application for a narrowly tailored protective order.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Entry of Stipulated Protective Order, **ECF No. 15**, is **DENIED**.

The District Court Executive is directed to enter this Order and forward copies to the parties.

DATED May 5, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER \* 2