FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 28, 2026
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEANNE DIAZ, individually<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., d/b/a RED ROBIN GOURMET BURGERS AND BREWS, A Foreign Profit Corporation doing business in the State of Washington,<br><br>Defendant. | Case No. 2:24-CV-394-RLP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Before the Court is the parties Stipulated Motion to Dismiss with Prejudice, ECF No. 27, brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Court, being fully apprised of the matter, grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. All claims asserted by Plaintiff Leanne Diaz in the above-captioned action are **DISMISSED WITH PREJUDICE**.
2. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** September 28, 2026.

Rebecca L. Pennell
United States District Judge